```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
Rahman, :
 :
 :
                            Plaintiff, :                    20-cv-06708 (AJN)
:
      -v-                                  :                         ORDER
:
Linani 51, LLC, *et al*., :
:
                            Defendant. :
:
------------------------------------------------------------------
                                                                       X

ALISON J. NATHAN, United States District Judge:

       In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference scheduled for **December 4, 2020 at 3:30 P.M**. in person.  Counsel should submit their proposed case management plan and joint letter seven days prior to the scheduled conference, as directed in the Court's Notice of Initial Pretrial Conference.  The parties must therefore submit their joint letter and case management plan by **November 27, 2020**.  Moreover, **the parties should indicate in their letter whether they can do without a conference all together.**  If so, the Court may enter a case management plan and scheduling order and the parties need not appear.  If not, the Court will hold the initial pretrial conference by telephone.  In that event, the parties will be able to access the conference through the undersigned's dedicated conference line by dialing (888) 363-4749 and entering access code 9196964.  In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

       SO ORDERED.

Dated: November 25, 2020
       New York, New York                                           _____
                                                                                    ALISON J. NATHAN
                                                                        United States District Judge