```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rahman,

                Plaintiff,

    –v–

Limani,

                Defendants.

20-cv-6708 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The post-discovery conference scheduled for January 21, 2022 is adjourned sine die. The parties are ordered to provide the Court with a proposed fact discovery deadline by January 24, 2022.

SO ORDERED.

Dated: January 19, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge