UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

HAMIDUR RAHMAN, on behalf of himself,
FLSA Collective Plaintiffs, and the Class,

                        Plaintiffs,

    v.

LIMANI 51, LLC,
   d/b/a LIMANI,
ESTIATORIO LIMANI LLC
   d/b/a LIMANI,
and CHRISTOS SPYROPOULOS

                        Defendants.
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/1/2022_____

20-CV-6708 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

       The Court seeks further briefing in connection with Defendant's motion to dismiss. (ECF No. 46.) The parties should address three issues. First, whether Plaintiff's Notice and Acknowledgment of Pay Rate and Payday was "integral" to the Second Amended Complaint. (Opp'n. Ex. A, ECF No. 50.) Second, if it was, if Defendants violated FLSA by providing an inaccurate Notice and Acknowledgement of Pay Rate and Payday. Third, if the Department of Labor's interpretation of "Furnished" should be afforded deference pursuant to *Chevron*. 29 C.F.R. § 531.30.

       SO ORDERED.

Dated: New York, New York
       April 1, 2022

                                      */s/ Kimba M. Wood*
                                      KIMBA M. WOOD
                                  United States District Judge