UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

HAMIDUR RAHMAN, on behalf of himself,
FLSA Collective Plaintiffs, and the Class,

                        Plaintiffs,

    v.

LIMANI 51, LLC,
   d/b/a LIMANI,
ESTIATORIO LIMANI LLC
   d/b/a LIMANI,
and CHRISTOS SPYROPOULOS

                        Defendants.
--------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __4/5/2022_____

20-CV-6708 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      On April 1, 2022, the Court issued an order seeking further briefing. (ECF No. 57.) The parties shall each submit to the Court supplemental briefings no later than April 22, 2022.

      SO ORDERED.

Dated: New York, New York
       April 5, 2022

                                              */s/ Kimba M. Wood*
                                              KIMBA M. WOOD
                                       United States District Judge