```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9-26-2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

HAMIDUR RAHMAN, on behalf of himself,
FLSA Collective Plaintiffs, and the Class,

                Plaintiff,

v.                                                                                    20-CV-6708 (KMW)

LIMANI 51, LLC,                                                          **ORDER**
    d/b/a LIMANI,
ESTIATORIO LIMANI LLC
    d/b/a LIMANI,
and CHRISTOS SPYROPOULOS

                Defendants.
-----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

       On August 31, 2022, the Court ordered the parties to submit a proposed Civil Case Management Plan and Scheduling Order by September 23, 2022.   (ECF No. 62.)   The parties have submitted a Civil Case Management Plan (ECF No. 63), but the parties have failed to submit a Scheduling Order.   The parties are directed to submit a Scheduling Order by September 30, 2022.

       SO ORDERED.

Dated:  New York, New York
         September 26, 2022                         */s/ Kimba M. Wood*
                                                                   KIMBA M. WOOD
                                                    United States District Judge