UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAMIDUR RAHMAN,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

**Plaintiff,**

v.

LIMANI 51, LLC,
   d/b/a LIMANI,
ESTIATORIO LIMANI LLC
   d/b/a LIMANI,
and CHRISTOS SPYROPOULOS

**Defendants.**

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Case No. 20-cv-06708 (KMW)

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff HAMIDUR RAHMAN hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated October 7, 2022, and annexed hereto as **Exhibit A**.

Dated: New York, New York

    October 17, 2022

Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1188
Fax: (212) 465-1181

*Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Louis Pechman
PECHMAN LAW GROUP PLLLC
488 Madison Avenue, 17th Floor
New York, NY 10022
Tel: (212) 583-9500
Fax: (212) 409-8763
pechman@pechmanlaw.com

By: _____
C.K. Lee, Esq.