```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   10-18-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

HAMIDUR RAHMAN, on behalf of himself,
FLSA Collective Plaintiffs, and the Class,

                       Plaintiff,

      v.

                                              20-CV-6708 (KMW)

LIMANI 51, LLC,
     d/b/a LIMANI,                                 **ORDER**
ESTIATORIO LIMANI LLC
     d/b/a LIMANI,
and CHRISTOS SPYROPOULOS

                       Defendants.
----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      Plaintiff has accepted Defendants' Offer of Judgment dated October 7, 2022. (ECF No. 70.) Accordingly, the Initial Pre-Trial Conference scheduled for October 18, 2022 at 2:00 PM is cancelled. The parties are directed to submit a proposed briefing schedule for Plaintiff's motion for attorney fees and costs by October 28, 2022.

SO ORDERED.

Dated: New York, New York
       October 18, 2022                                  */s/ Kimba M. Wood*
                                                   KIMBA M. WOOD
                                           United States District Judge