UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAMIDUR RAHMAN,
*on behalf of himself, FLSA Collective Plaintiffs
and the Class,*

               **Plaintiff,**

               v.

LIMANI 51, LLC,
    d/b/a LIMANI,
ESTIATORIO LIMANI LLC
    d/b/a LIMANI,
and CHRISTOS SPYROPOULOS

              **Defendants**.

Case No. 20-cv-06708 (KMW)

**RULE 68 JUDGMENT**

---

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants LIMANI 51, LLC, d/b/a LIMANI, ESTIATORIO LIMANI LLC, d/b/a LIMANI, and CHRISTOS SPYROPOULOS ("Defendants"), having offered to allow Plaintiff HAMIDUR RAHMAN ("Plaintiff") to take a judgment against it, in the sum of Fifty Thousand Dollars and No Cents ($50,000.00), plus an award of reasonable attorneys' fees and costs accrued to date in such amount to be determined by the Court, to resolve all claims that Plaintiff has or may have against the Defendants named in this lawsuit, and all of their parents, subsidiaries, affiliated entities, officers, directors, and employees, in accordance with the terms and conditions of Defendant Rule 68 Offer of Judgment dated October 7, 2022 and filed as Exhibit A to Docket Number 70;

      **WHEREAS**, on October 17, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment [Dkt. No. 70];

      **WHEREAS,** on November 28, 2022, Plaintiff withdrew its request for attorneys' fees and costs.

      It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff HAMIDUR RAHMAN, in the sum of Fifty Thousand Dollars and No Cents ($50,000.00).

The Clerk of Court is respectfully directed to close the case.

**SO ORDERED:**

Dated: December 5, 2022
New York, New York

*/s/ Kimba M. Wood*
**THE HONORABLE KIMBA M. WOOD**
**United States District Court Judge**