UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAMIDUR RAHMAN, *on behalf of himself,*
*FLSA Collective Plaintiffs, and the Class*,

                                Plaintiff,

-against-

LIMANI 51, LLC,
    d/b/a LIMANI,
ESTIATORIO LIMANI LLC
    d/b/a LIMANI,
and CHRISTOS SPYROPOULOS,

                                Defendants.

Case No.: 1:20-cv-06708

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on December 5, 2022 (Docket No. 78) in favor of Hamidur Rahman as Plaintiff and against Christos Spyropoulos, Estiatorio Limani LLC and Limani 51, LLC as Defendants, in the amount of $50,000, plus reasonable attorneys' fees and costs; and said judgment having been paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
         December 16, 2022

                                      LEE LITIGATION GROUP, PLLC

                          By: _____
                             C.K. Lee, Esq.
                             148 West 24th Street, 8th Floor
                             New York, NY 10011
                             Telephone: (212) 465-1180
                             Fax: (212) 465-1181
                             E-mail: cklee@leelitigation.com
                             *Attorney for Plaintiff*

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

On the 16th day of December 2022 before me personally came C.K. Lee to me known and known to be a member of the firm of Lee Litigation Group PLLC, attorneys for Plaintiff Hamidur Rahman in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

Anne Seelig-Suhrcke
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02SE6113610
Qualified in Queens County
Commission Expires 8/02/2024